JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR VELAZQUEZ RODRIGUEZ, <br> Petitioner, <br> v. <br> RICK HILL, Warden, <br> Respondent. | No. SACV 10-1547-CJC (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: April 16, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE